UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                        05-CR-6057T

            v.                          **DECISION**
                                        **and ORDER**
TERRANCE SYKES,

                  Defendant.
_____

        Magistrate Judge Marion Payson issued a Report and
Recommendation in this case on October 27, 2005.  Just prior to
issuing the Report and Recommendation, the defendant's attorney
withdrew as counsel, and Judge Payson appointed an attorney from
the Public Defender's office to represent Sykes.   Shortly
thereafter, the defendant moved the court for appointment of new
counsel, and appeared in court with a new attorney who advised the
court that he was considering representing the defendant, but
needed additional time to evaluate the case.  The court granted an
extension of time to allow the attorney to review the case, and
extended the deadline for objections to her October 27, 2005 Report
and Recommendations.   In the meantime, the defendant, although
represented, filed two <u>pro</u> <u>se</u> objections to the Report and
Recommendation.

        On December 12, 2005, the attorney considering representing
Sykes informed the court that he would not be appearing on behalf

of the defendant.  The court granted a further extension of time in which to object to the Magistrate's Report and Recommendation, and ordered that any objections be filed on or before January 16, 2006. On January 5, the defendant advised the court that he had retained a new attorney, but did not seek an extension of time in which to respond to the Report and Recommendation.

In the interests of justice, and to allow defendant's attorney adequate time to review the proceedings thus far, I _sua_ _sponte_ grant defendant a 30 day extension of time in which to file objections to the October 27, 2005 Report and Recommendation. Defendant shall file his objections, if any, on or before February 15, 2006.  The period from January 16, 2006 to February 15, 2006 shall be excluded from the speedy trial clock.


ALL OF THE ABOVE IS SO ORDERED.


S/ Michael A. Telesca

_____
     Michael A. Telesca
United States District Judge

DATED:    Rochester, New York
          January 19, 2006

2