

# WOLFORD & LECLAIR LLP

*Attorneys at Law*

JAMES S. WOLFORD, ESQ., PARTNER
WRITER'S DIRECT DIAL: (585) 325-8015
E-mail: jwolford@wolfordleclair.com

August 4, 2006

**BY FACSIMILE AND U.S. MAIL**

Hon. Michael A. Telesca
U.S. District Court Judge
272 U.S. Courthouse
100 State Street
Rochester, New York  14614

Re: <u>USA v. Terrance Sykes</u>
05-CR-6057T

Dear Judge Telesca:

Defendant Sykes' objections to the Report and Recommendation issued by U.S. Magistrate Judge Marian Payson on July 31, 2006 are currently due on August 10, 2006. I respectfully request an extension of 30 days, until September 8, 2006, to file the objections.

Thank you for your consideration.

Respectfully yours,

James S. Wolford

JSW/dh

cc: Melanie Babb, AUSA (By facsimile)

DEFENDANT'S REQUEST IS GRANTED.
OBJECTIONS SHALLED BE FILED NO
LATER THAN SEPTEMBER 8, 2006.

SO ORDERED.

S/MICHAEL A. TELESCA
HON. MICHAEL A. TELESCA, USDJ

600 Reynolds Arcade Building ■ 16 East Main Street ■ Rochester, New York 14614
tel (585) 325-8000 ■ fax (585) 325-8009 ■ www.wolfordleclair.com